JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIA J. GARCIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SEVERSON AND WERSON, et al., <br><br> Defendants. | Case No. EDCV 14-0682 JGB (DTBx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered. The Clerk shall close the case.

Dated: August 28, 2014

JESUS G. BERNAL
United States District Judge